## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TOBIE GILLESPIE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 08-1675** |
| **TIM WILKINSON, WARDEN** | * | **SECTION "A"(6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Tobie Gillespie for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DENIED WITH PREJUDICE.

New Orleans, Louisiana, this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE