UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TOBIE GILLESPIE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 08-1675** |
| **TIM WILKINSON, WARDEN** | * | **SECTION "A"(6)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

__X__   a certificate of appealability shall not be issued for the following reason(s):

Petitioner has not made a substantial showing of the denial of a constitutional right.
_____

New Orleans, Louisiana, this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE